IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. 3:21mj 76 |
| | ) | |
| v. | ) | |
| | ) | |
| **ERICK E. WOOD,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, ERICK E. WOOD, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

**(Citation No. E1278575)**

On or about April 30, 2021, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, ERICK E. WOOD, did carry about his person, hidden from observation a pistol, revolver, or other weapon intended to propel a missile of any kind by action of an explosion of any combustible material.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 18.2-308).

## COUNT TWO

**(Citation No. E1278469)**

On or about April 30, 2021, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, ERICK E. WOOD, was found within Fort Lee after being ordered not to enter the installation.

(In violation of Title 18, United States Code, Section 1382).

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Stuart A. Hamm
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1537
Fax: (804) 765-1950
stuart.a.hamm.mil@mail.mil